In the Matter of the Application of Edward J. Belford, Appellant, for a Writ of Mandamus Directed to Alfred E. Steers, as President of the Borough of Brooklyn of the City of New York, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

In the Matter of the Application of the City of New York, Respondent, Relative to Acquiring Title to Woolsey Avenue, etc., in the Borough of Queens, City of New York. (Application of Nicholas F. Lenssen.) Arthur Lenssen, Appellant; Comptroller of the City of New York, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Thomas, Carr, Rich and Stapleton, JJ., concurred; Jenks, P. J., taking no part.

In the Matter of the Application of William R. Willcox and Others, Constituting the Public Service Commission, etc. Ashland Place Section, Fourth Avenue Subway.— Reargument ordered, and case set down for Wednesday, April 22, 1914. Present— Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Peter Knudsen, Appellant, v. The C. S. Buell Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

Emilie Kuntz and Jacob Medicus, as Executors, etc., Respondents, v. Nils Peter Emil Peterson, Appellant, and Sarah M. Peterson, Defendant. — In place of the 2d paragraph of the order, it is ordered that appellant produce from time to time at the examination such competent writings as are relevant to the subject-matter, upon demand for and a description thereof; and the order as so modified is affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Peoples National Bank of Brooklyn, in New York, Respondent, v. Jacob Manneschmidt, Jr., Appellant.— Appeal dismissed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.